UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC

| | |
|---|---|
| In Re:<br><br> Norman Hyman,<br><br> Debtor. | Case No.:        20-16809-RG<br><br>Chapter:              13<br><br>Hearing Date:          n/a<br><br>Judge:        Gambardella |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐  Settled          ☒  Withdrawn

Matter:  Notices of Forbearance (Docket # 25, 42)

_____

Date: 10/29/2020                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*